UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60307-CIV-SMITH

LAMBERT WRIGHT,

    Plaintiff,
vs.

WASTE PRO OF
FLORIDA, INC.,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 29], on the Parties Joint Brief in Support of Approval of Settlement ("Joint Brief") [DE 28]. In the Report and Recommendation, the Magistrate Judge recommends approving the settlement agreement between Plaintiff and Defendant and dismissing the case against Defendant with prejudice. The parties submitted to the Court for approval their Settlement Agreement ("Settlement Agreement").

The Magistrate Judge found that the Settlement Agreement, which specified the portion to be paid to Plaintiff and requesting that the Court retain jurisdiction to separately decide upon motion by Plaintiff, the amount of reasonable attorney's fees, was a fair and reasonable resolution of a *bona fide* FLSA dispute. The Magistrate Judge recommends that the Joint Brief be granted. No party has filed Objections to the Magistrate Judge's Report and Recommendation. Having reviewed, *de novo*, the Magistrate Judge's Report and Recommendation to District Judge and the record, and given that no party has filed Objections, it is

**ORDERED** that:

1) The Report and Recommendation to District Judge [DE 29] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The Joint Brief in Support of Approval of Settlement [DE 28] is **GRANTED**.

3) The Court shall retain jurisdiction solely for the purpose of addressing any motions for attorney's fees and costs Plaintiff's counsel may file.

4) This case is **DISMISSED with prejudice.**

5) This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of November 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record